IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYLER LEVI SMITH,                                Case No. 3:16-cv-00692-MA

          Petitioner,                                ORDER

v.

RICHARD IVES, Warden,

          Respondent.

---

**MARSH, Judge.**

Petitioner brings this habeas corpus proceeding pursuant to 28 U.S.C. § 2241. On May 12, 2016, this Court issued an order requiring Petitioner to sign his Habeas Corpus Petition (ECF No. 1) and submit the $5.00 filing fee. Petitioner was advised that failure to do so would result in the dismissal of this proceeding.

Petitioner has failed to comply with this Court's Order. Accordingly, IT IS ORDERED that this proceeding is dismissed, without prejudice, for lack of prosecution.

IT IS SO ORDERED.

DATED this _11_ day of July, 2016.

                                                      *Malcolm F. Marsh*
                                                      Malcolm F. Marsh
                                                      United States District Judge

1 - ORDER